**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

PALADYNE SYSTEMS, Inc., a Delaware
corporation,

                Plaintiff

    v.

STPENABLE, LTD., a United Kingdom
Company,

                Defendant.

: Case No. 07cv8421(LAP)
:
:
:
:
:
:
:

## [PROPOSED] ORDER

WHEREAS, on September 27, 2007, Plaintiff Paladyne Systems, LLC.

("Paladyne") moved the Court for permission to file the following document under seal:

    Solution Integrator Agreement attached as Exhibit A to Declaration of Sameer
    Shalaby, executed on September 27, 2007.

WHEREAS, the Court finds that the above-identified document discloses, refers

to or attaches Plaintiff's and Defendant's confidential information. IT IS HEREBY ORDERED

that:

    Plaintiff's Motion to File Documents Under Seal is GRANTED.

    The following documents are sealed:

    Solution Integrator Agreement attached as Exhibit A to Declaration of Sameer
    Shalaby, executed on September 27, 2007.

**SO ORDERED:**

Dated: _September 28, 2007_     By: _____
                                       U.S.D.J.

MICROFILM   SEP 28 2007