USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

Scott D. Baker
Direct Phone: +1 212 521 5408
Email: sbaker@reedsmith.com

October 1, 2007

Via Facsimile (212) 805-7941
The Honorable Loretta Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re: Paladyne Systems, Inc. v. STPenable, Ltd. Civ No. 07 8421 (LP)

Dear Judge Preska:

The parties have initiated settlement discussions in the above-referenced matter and hereby jointly request that they be given an adjournment of one week in order to try to amicably resolve this matter. Specifically, the parties request that (1) the Court's Order To Show Cause issued September 28, 2007, granting a temporary restraining order remain in immediate effect and the return date be adjourned from October 2, 2007, at 3:00 p.m. to the Court's earliest possible convenience following October 9, 2007, (2) the date for Defendant's answering papers be adjourned to 12:00 p.m. on October 8, 2007, and (3) Plaintiff's posting security be adjourned until 4:00 p.m. on October 8, 2007. To be clear, the Temporary Restraining Order, will remain in full force and effect unless and until the Court orders otherwise.

REED, SMITH LLP

_____
Scott D. Baker
Emily B. Kirsch (EB 4216)
599 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff*
*Paladyne Systems, Inc.*

STPenable, Ltd

_____
David Wynter
Imperial House, 18 Lower Teddington Road
Hampton Wick, Kingston on Thames
Surrey KT1 4EU, England

SO ORDERED:

_____
Honorable Loretta Preska
U.S.D.J.
October 2, 2007

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-453585.1-GSDIFIOR 10/1/07 18:16 A10/P10