UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALADYNE SYSTEMS, INC., a Delaware Corporation,

        Plaintiff

    v.

STPENABLE, LTD., a United Kingdom Company,

        Defendant.

Case No. 07-CIV-8421

---

## AFFIDAVIT OF SERVICE

I am of counsel to the firm of Reed Smith LLP and attorney for plaintiff in the above-captioned matter. In accordance with Judge Loretta A. Preska's Order dated September 28, 2007 at 11:33 a.m., I caused to be served by e-mail at 1:25 p.m. eastern standard time, a true and correct copy of Complaint, Memorandum of Law In Support of Plaintiff's Motion For Temporary Restraining Order, Executed Order To File Confidential Document Under Seal and Executed Order to Show Cause For Temporary Restraining Order and Preliminary Injunction Against STPenable and Declaration of Sameer Shalaby, Declaration of Vladimir Agranov and Declaration of Emily Kirsch upon:

        David Wynter
        Director
        STPenable, Ltd.
        Imperial House, 18 Lower Teddington Road
        Hampton Wick, Kinston Upon Thames
        Surrey KT1 4EU, England
        david@stpenable.com

        _____
        Emily B. Kirsch

Sworn to before me this
4 day of October, 2007

JEANNETTE PLAZA
Notary Public, State of New York
No. 01PL6111990
Qualified in Bronx County
Commission Expires June 28, 2008