David Spears
Debra A. Karlstein
Sara L. Shudofsky
Justin Deabler
Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
(212) 213-6996
*Attorneys for Defendant STPenable, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| PALADYNE SYSTEMS, Inc., a Delaware Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>STPENABLE, LTD., a United Kingdom Company | Case No. 07 CIV 8421 (LAP) |

-----------------------------------------------------------x

### STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant STPenable, Ltd., by its undersigned attorneys, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 17, 2007

SPEARS & IMES LLP

By: _/s/ Debra A. Karlstein_
David Spears
Debra A. Karlstein
Sara L. Shudofsky
Justin Deabler
51 Madison Avenue
New York, New York 10010
(212) 213-6996
*Attorneys for Defendant STPenable, Ltd.*