**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Debra A. Karlstein
tel: 212-213-1715
dkarlstein@spearsimes.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

RECEIVED
OCT 17 2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D N Y

October 17, 2007

**BY HAND**

Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Paladyne Systems, Inc. v. STPenable, Ltd.*, No. 07 Civ 8421 (LAP)

Dear Judge Preska:

    We represent defendant STPenable, Ltd. in the above-referenced action. Enclosed are courtesy copies of the following papers filed electronically today: (a) Defendant's Memorandum of Law in Opposition To Plaintiff's Motion For a Preliminary Injunction, dated October 17, 2007; and (b) the Declaration of David Wynter, with exhibits, dated October 17, 2007. The motion is scheduled for a hearing on Monday, October 29 at 3:00 PM.

    The Memorandum of Law as filed is currently 27 pages, in excess of the page limit permitted by Your Honor's individual practices. We respectfully request permission to submit this slightly oversized brief in order to respond fully to the arguments made in plaintiff's Memorandum of law, which also exceeds the 20-page limit. In the alternative, we respectfully request an opportunity to file a substitute brief that complies with the 20-page limit. We thank the Court for its consideration of this request.

SO ORDERED
*[signature]*
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
October 18, 2007

Respectfully,

*[signature]*
Debra A. Karlstein

Enc.

cc:    Emily Kirsch, Esq. (by e-mail/pdf, w/out enclosures)