```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PALADYNE SYSTEMS, Inc., a Delaware     Case No. 07 CIV 8421 (LAP)
Corporation,

               Plaintiff,     **STIPULATION**

v.

STPENABLE, LTD., a United Kingdom
Company,

               Defendant.

-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for the parties, that defendant's time to answer or otherwise respond to plaintiff's Complaint dated September 28, 2007 is extended through and including November 16, 2007. Defendant agrees to waive its objections, if any, to personal jurisdiction and service.

Dated: October 18, 2007                    October 18, 2007

REED SMITH LLP                             SPEARS & IMES LLP

By: _____                      By: _____
Scott D. Baker                             David Spears
Emily B. Kirsch                            Debra A. Karlstein
599 Lexington Avenue                       Sara L. Shudofsky
New York, NY 10022-7650                    Justin Deabler
(212) 521-5400                             51 Madison Avenue
                                           New York, New York 10010
Of Counsel:                                (212) 213-6996
William R. Overend
REED SMITH LLP                             *Attorneys for Defendant STPenable, Ltd.*
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120
(415) 543-8700

*Attorneys for Plaintiff Paladyne Systems, Inc*     SO ORDERED

12753 1/0156-00001  October 22, 2007        _____
                                            LORETTA A. PRESKA
                                            UNITED STATES DISTRICT JUDGE