UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALADYNE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>STPENABLE, LTD., a United Kingdom Company,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 07-CIV-8421 (LAP)<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF SERVICE

I am of counsel to the firm of Reed Smith LLP and attorney for plaintiff in the above-captioned matter. I caused to be served by e-mail, a true and correct copy of Plaintiff Paladyne's Reply Memorandum Of Law In Support Of Motion For Preliminary Injunction, Reply Declaration of Sameer Shalaby, Declaration of Alexander Kouperman and Declaration of Sol Zlotchenko upon:

> Debra A. Karlstein, Esq.
> Spears & Imes LLP
> 51 Madison Avenue
> New York, New York 10010
> Tel.: (212) 213-6996
> Fax: (212) 213-0849
> Email: dkarlstein@spearsimes.com

_____
Emily B. Kirsch

Sworn to before me this
25 day of October, 2007

JEANNETTE PLAZA
Notary Public, State of New York
No. 01PL6111990
Qualified in Bronx County
Commission Expires June 28, 2008