USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PALADYNE SYSTEMS, Inc., a Delaware Corporation,

                Plaintiff,

v.

STPENABLE, LTD., a United Kingdom Company,

                Defendant.

------------------------------------------------------------x

Case No. 07 CIV 8421 (LAP)

**ORDER**

WHEREAS, on or about September 27, 2007 Plaintiff moved by Order to Show Cause for preliminary injunctive relief as set forth herein; and

WHEREAS, on November 1, 2007, Defendant withdrew its opposition to the relief sought by plaintiff;

IT IS THEREFORE ORDERED that, pursuant to Rule 65 of the Federal Rules of Civil Procedure, pending further order of this Court, defendant STPenable, Ltd. (including its agents, officers, directors, agents, servants, affiliates, employees and attorneys and those persons acting in active concert or participating with them (collectively, "Defendant")) is preliminarily enjoined from (1) using or disclosing Paladyne's trade secrets or confidential information, including Paladyne Security Master and Golden Copy, in any manner, except as is necessary and authorized in connection with performance of STPenable's obligations to Paladyne under the Agreement; (2) selling, licensing, offering for sale or license, promoting or exploiting any product, technology or service based on or incorporating any of Paladyne's trade secrets or confidential information, including Paladyne Security Master and Golden Copy, (3) developing,

consulting or advising concerning any software or other products for any third person where such activities would be based on or derived from Paladyne's trade secrets or confidential information, including Paladyne Security Master and Golden Copy; and (4) possessing, using, disclosing or transmitting for any purpose, including solicitation, any confidential or proprietary information contained in or derived from records or data of Paladyne, including Paladyne Security Master and Golden Copy, except as is necessary and authorized in connection with the performance of STPenable's obligations to Paladyne under the Agreement; and it is further

ORDERED, that the preliminary injunction shall remain in effect throughout the pendency of this suit and the arbitration initiated by Paladyne on September 27, 2007 (or any related proceeding) and until further Court Order; and it is further

ORDERED, that Paladyne has posted security in the amount of $10,000 and the Court determines this proper and adequate security under Fed.R.Civ.P. 65(c) for the preliminary injunction set forth herein, and that such security shall remain in effect pending further Court Order.

Dated: November 1, 2007

_Loretta A. Preska_
Hon. Loretta A. Preska
United States District Judge