Scott D. Baker
Emily B. Kirsch (EB 4216)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Attorneys for Plaintiff

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/6/07*

RECEIVED

Of Counsel:
William R. Overend

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALADYNE SYSTEMS, Inc, a Delaware Corporation,

    Plaintiff,

v.

STPENABLE, LTD., a United Kingdom Company,

    Defendant.

Case No.: 07-CV-8421 (LAP)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

---

    Upon the motion of Emily B. Kirsch, Reed Smith LLP, attorneys for Plaintiff and said sponsor attorney's Affidavit In Support:

    **IT IS HEREBY ORDERED** that:

    Scott D. Baker
    Reed Smith LLP
    599 Lexington Avenue
    New York, New York 10022
    Tel. (212) 521-5400
    Fax. (212) 521-5450
    sbaker@reedsmith.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

-2-

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~October~~ November 4, 2007
New York, New York

                                                   _____
                                                   Hon. Loretta A. Preska
                                                   United States District Judge