Scott D. Baker
Emily B. Kirsch (EB 4216)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Attorneys for Plaintiff

Of Counsel:
William R. Overend

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALADYNE SYSTEMS, Inc, a Delaware Corporation,

        Plaintiff,

v.

STPENABLE, LTD, a United Kingdom Company,

        Defendant.

Case No.:

**RULE 7.1. STATEMENT**

07 CIV 8421

SEP 28 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Paladyne Systems, Inc., ("Paladyne") certifies that Paladyne has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: September 28, 2007

                                        _Emily Kirsch_
                                        Scott D. Baker
                                        Emily B. Kirsch (EB 42126)
                                        Reed Smith LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 521-5400
                                        Attorneys for Plaintiff

JUDGE PRESKA