USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PALADYNE SYSTEMS, Inc., a Delaware Corporation,

                Plaintiff,

v.

STPENABLE, LTD., a United Kingdom Company,

                Defendant.

-------------------------------------------------------x

Case No. 07 CIV 8421 (LAP)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that defendant's time to answer or otherwise respond to plaintiff's Complaint dated September 28, 2007, is extended until November 30, 2007.

Dated: November 15, 2007

REED SMITH LLP

By: _____
    Scott D. Baker
    Emily B. Kirsch
599 Lexington Avenue
New York, NY 10022-7650
(212) 521-5400

Of Counsel:
William R. Overend
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120
(415) 543-8700

*Attorneys for Plaintiff Paladyne Systems, Inc*

November 21, 2007

November 15, 2007

SPEARS & IMES LLP

By: _____
    David Spears
    Debra A. Karlstein
    Sara L. Shudofsky
    Justin Deabler
51 Madison Avenue
New York, New York 10010
(212) 213-6996

*Attorneys for Defendant STPenable, Ltd.*

So ordered
Loretta A. Preska
USDJ