```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PALADYNE SYSTEMS, Inc., a Delaware Corporation,

                Plaintiff,

v.

STPENABLE, LTD., a United Kingdom Company,

                Defendant.

------------------------------------------------------------x

Case No. 07 CIV 8421 (LAP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for the parties, that defendant's time to answer or otherwise respond to plaintiff's Complaint dated September 28, 2007, is extended until December 7, 2007.

Dated: November 29, 2007

REED SMITH LLP

By: _____
    Scott D. Baker
    Emily B. Kirsch
599 Lexington Avenue
New York, NY 10022-7650
(212) 521-5400

Of Counsel:
William R. Overend
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120
(415) 543-8700

*Attorneys for Plaintiff Paladyne Systems, Inc*

November 30, 2007

November 29, 2007

SPEARS & IMES LLP

By: _____
    David Spears
    Debra A. Karlstein
    Sara L. Shudofsky
    Justin Deabler
51 Madison Avenue
New York, New York 10010
(212) 213-6996

*Attorneys for Defendant STPenable, Ltd.*

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE